HELEN J. SNOOK, as Administratrix with the Will Annexed of HARRIET WHITE, Deceased, Respondent, *v.* LOTTIE E. SULLIVAN, as Executrix of ROBERT F. SULLIVAN, Appellant, Impleaded with Another.

*Snook* v. *Sullivan,* 53 App. Div. 602, affirmed.
(Argued April 19, 1901; decided May 7, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 9, 1900, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term and granting a new trial.

*George H. Sears* and *L. M. Cowles* for appellant.

*William B. Crowley* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.

Concur : O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ. Taking no part : PARKER, Ch. J.